UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

UNITED STATES OF AMERICA,                          **CONSENT TO PROCEED BY VIDEO OR**
                                                    **TELE CONFERENCE**

                    -against-
                                                    22     -MAG-   1988

RAFAEL MARTINEZ

                              Defendant(s).
----------------------------------------------------------------X

Defendant _____Rafael Martinez_____ hereby voluntarily consents to
participate in the following proceeding via ___ videoconferencing or ✓ teleconferencing:

✓      Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
       Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


_Rafael Martinez w/_                          _Joseph A Hayden_
**Defendant's Signature**  permiss.          **Defendant's Counsel's Signature**
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_~~Joseph~~ Rafael Martinez_                  _Joseph A Hayden_
**Print Defendant's Name**                    **Print Counsel's Name**


This proceeding was conducted by reliable video or telephone conferencing technology.

                                              _Katharine H Parker_
____03/01/2022____
**Date**                                      **U.S. District Judge/U.S. Magistrate Judge**